# IRENE CUEVAS Y ARREDONDO

*v.*

# EL BANCO TERRITORIAL Y AGRICOLA.

---

Mayaguez, Equity, No. 144.

Under the decision of the Supreme Court of the United States in Martinez v. La Asociación De Señoras Damas, 213 U. S. 20, 53 L. ed. —, 29 Sup. Ct. Rep. 327, on appeal from our decision in 2 Porto Rico Fed. Rep. 369, a banking concern with capital stock, a common seal, and the usual corporate attributes and powers, organized in Spanish times in Porto Rico, to do business solely in that island, and continuing so to do business there since the change of sovereignty up to the present time, even though it has not done anything to organize under the laws of any American state or under the present laws of Porto Rico, is at least not now a Spanish corporation for purposes of jurisdiction in this court.

Memorandum filed June 7, 1909.

---

*Messrs. F. L. Cornwell* and *Leopoldo Feliu,* attorneys for plaintiff.

*Mr. John G. Ewing,* attorney for defendant.

RODEY, Judge, filed the following memorandum:

This cause comes before the court upon a renewal of the plea

Cuevas y Arredondo v. El Banco Territorial y Agricola.

to the jurisdiction, based upon the citizenship of the Banco Territorial y Agricola, which question was recently reargued and submitted by counsel for the respective parties. We filed an opinion in the case under date of July 31, 1908, which can be seen in the files, holding the said banco to be a Spanish corporation, and giving our reasons for so holding. Recently the decision of the Supreme Court of the United States in the Asilo de Damas Case has come to hand, and we feel that the language of the court in the opinion delivered by Mr. Justice Moody therein is sufficiently broad to oblige us to reverse ourselves and hold that the Banco Territorial y Agricola is at least not a Spanish corporation, and that hence the jurisdiction fails for lack of diverse citizenship.

The cause will therefore stand dismissed with costs against the complainant, without further action of the court, unless, within five days from this date, the bill can be so amended as to give the court jurisdiction; and an order to that effect will be entered.